UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RAYMOND PAYTON**                                    **CIVIL ACTION**

**VERSUS**                                            **NUMBER: 08-4417**

**MAYOR RAY NAGIN, ET AL.**                           **SECTION: "B"(5)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims against defendants, Mayor Ray Nagin, the City of New Orleans, former Mayor Marc Morial and any and all other unnamed individuals, are dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 16th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE